# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **MARIA ELENA PERMITO,**<br>Plaintiff(s),<br>v.<br>**WELLS FARGO BANK, N.A.,**<br>Defendant(s). | Case No.: 12-CV-00545 YGR<br><br>**ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE** |

On April 20, 2012, the Court Granted Defendant's Motion to Dismiss with leave to amend. Dkt. No. 25. Plaintiff had 21 days to file her amended complaint. After Plaintiff failed to file an amended complaint, on May 24, 2012, Defendant filed a Motion to Dismiss under Federal Rule of Civil Procedure 41. Dkt. No. 28. Plaintiff did not file an opposition, and on June 14, 2012, the Court ordered Plaintiff to file an amended complaint by no later than June 25, 2012, or face dismissal of this action for failure to prosecute. Dkt. No. 29. To date, Plaintiff has not filed an amended complaint.

Accordingly, pursuant to Federal Rule of Civil Procedure 41, this action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

This Order Terminates Docket Numbers 27 & 28.

**IT IS SO ORDERED.**

Dated: June 28, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**